MUNN & COMPANY, respondent,

*v.*

THE AMERICANA COMPANY et al., appellants.

[Argued June 30th, 1914.   Decided November 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery.

*Mr. Franklin W. Fort (Mr. Arthur H. Masten* and *Mr. Sinclair Hamilton* on the brief), for the respondent.

*Mr. Conover English (Mr. Robert H. McCarter* on the brief), for the appellants.

PER CURIAM.

This is an appeal from the order for an accounting and is a branch of the litigation involved in our opinion reported *ante p. 309.* We think the reasoning of that opinion precludes any right to an accounting. It is true that on its face the contract is not illegal, since it might have been performed without the fraud upon the public which we thought precluded any right to an in-

junction on the part of the complainant; but, as we held, the scheme of the complainant and defendant was based upon the combination to mislead the public into buying the books upon the reputation of the Scientific American. We cannot distinguish in principle between this case and *Somers* v. *Johnson, 70 N. J. Law 695.* That was a suit at law, but the difficulty in the complainant's way is as great in equity. The decree must be reversed, with costs.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS—13.